# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 17 2023

FILED
DOCKETED _____ _____
                DATE   INITIAL

Anthony Turner
Appellant(s),

9th Cir. Case No. 23-15322

vs.

District Court or
BAP Case No. 2:23-CV-00139-DLR

Frontier Airlines Incorporated.
Appellee(s).

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? **May 5, 2023**

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: **no**

      • If you did, on what date did you file the motion? **n/a**

      • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? **n/a**

      • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? **March 7, 2023**

   c. What date did you file your notice of appeal? **March 6, 2023**

      • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? **n/a**

9th Cir. Case No. 23-15322

Page 2

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

Right to travel 14th Amendment I was put off the airline. Police officer escorted me out the airport. The reason airline put me off they said I stink. I have no lawyer, no money. I was born in 1964 no education but 3rd grade education I been imprisonment 9 times if not more I have 8 kids all my life I have tried to understand right and wrong. So now what am I doing wrong by asking the court to please make understanding why I am still being treated like this I dont what a breif is but all my crying in pain as went on deaf ears. I am 58 yrs old black man. I can tell it happen to me because of the color of my skin

9th Cir. Case No. 23-15322                                      Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief? I ask for money because noone tried to give me an apologizes. And the sum of 1 trilion dollars

4. What legal claim or claims did you raise in the district court or at the BAP? Noone never gave me a chance I dont have a lawyer or no education. Help

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

9th Cir. Case No. 23-15322　　　　　　　　　　　　　　　　Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong? They used their big lawyer and money to treat me like noone because I dont know nothing about law and gave me no help

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: (no circled)

   If not, why not? noone call me to court, and no lawyer would take my case

9th Cir. Case No. 23-15322                                    Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.) Please help me Im not a lawyer.

9th Cir. Case No. 23-15322

9th Cir. Case No. 23-15322            Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case. NO

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case. NO

Name: Anthony Turner

Address: 4121 N 33rd Dr Apt #8, Phoenix AZ 85017

Signature: [signed]

Date: 4/12/2023