RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 17 2023

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

FILED_____
DOCKETED_____
DATE          INITIAL

### Form 24. Motion for Appointment of Counsel

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form24instructions.pdf

**9th Cir. Case Number(s)** | 23-15322

**Case Name** | Anthony Turner V. Frontier Airlines

**Lower Court or Agency Case Number** | 2;23-CV-00139-DLR

1. My name is | Anthony Turner

2. I am asking the court to appoint an attorney to help me with this case.

3. My fee status is as follows *(select one)*:

   ( The district court or this court granted my motion to proceed in forma pauperis.

   ( I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

   ( This motion is accompanied by a motion to proceed in forma pauperis.

   X I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

   | I received Social Security Benefits 1,170 a month |

4. Is this a civil appeal or petition for review?    X Yes    ( No

   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

| 4121 N. 33rd Dr Apt 8 |

City | Phoenix | State | AZ | Zip Code | 85017

Prisoner Inmate or A Number (if applicable) | 480-232-3017

**Signature** | Anthony Turner | **Date** | 4/11/23

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 24** | *New 12/01/2018*