| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 16 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANTHONY P TURNER,

      Plaintiff - Appellant,

v.

FRONTIER AIRLINES INCORPORATED,

      Defendant - Appellee.

No. 23-15322

D.C. No. 2:23-cv-00139-DLR
U.S. District Court for Arizona, Phoenix

**MANDATE**

      The judgment of this Court, entered September 22, 2023, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT